160 A.3d 707

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. YSAIAS SEVERINO–LANTIGUA, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003906–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 707

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID BUESO (A/K/A YASMIN BUESO, DAVID ABEJAEL BUESO, YASMIN A. BUESO, YASMIN ABEJAEL BUESO, YASMIN ABIGAIL BUESO), DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002984–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.